UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| MICHAEL DOBKIN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>NRG RESIDENTIAL SOLAR SOLUTIONS LLC, a Delaware limited liability company,<br><br>*Defendant.* | **MOTION TO ENFORCE SUBPOENAS**<br><br>[Underlying Action currently pending—Case No. 3:15-cv-05089-BRM-LHG; Hon. Judge Brian R. Martinotti] |
| ERICA GENNARINI, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>NRG RESIDENTIAL SOLAR SOLUTIONS LLC, a Delaware limited liability company,<br><br>*Defendant.* | |

Michael Dobkin and Erica Gennarini (collectively, "Plaintiffs in the Underlying Action" or "Plaintiffs"), through their attorneys and pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby respectfully move this Honorable Court to enforce non-party subpoenas properly issued by NRG Residential ("NRG" or "Defendant in the Underlying Action"), which were served within this judicial District on Gianluca Guy ("Guy") and JHL Group, LLC d/b/a Skypath Solar. Plaintiffs' motion is based upon this motion, the memorandum of points and authorities, the accompanying exhibits, and the record in the Underlying Action, along with any oral argument that may be presented to

the Court, and any evidence submitted in connection therewith at the hearing on this motion.

WHEREFORE, Plaintiffs in the Underlying Action respectfully request that the Court enter an Order (i) compelling Gianluca Guy and JHL Group, LLC to produce the information requested in the Subpoenas (attached as Exhibit 2 to the memorandum of points and authorities), including, *inter alia*, the call records requested, and (ii) granting any additional relief the Court deems reasonable and just.

Respectfully submitted,

**MICHAEL DOBKIN and ERICA GENNARINI,**

Dated:  September 14, 2016    By: /s/ Scott D. Owens

Scott D. Owens
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Tel: 954-589-0588
scott@scottdowens.com

Rafey S. Balabanian
rbalabanian@edelson.com
Eve-Lynn J. Rapp
erapp@edelson.com
Stewart R. Pollock
spollock@edelson.com
EDELSON PC
123 Townsend, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Stefan L. Coleman (SC6365)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Avenue, Suite 1
Lakewood, New Jersey 08701
Tel: 877.333.9427

## CERTIFICATE OF SERVICE

  I, Scott D. Owens, an attorney, hereby certify that on September 14, 2016, I caused to be served the above and foregoing ***Motion to Enforce Subpoenas***, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via electronic mail and U.S. Mail, on this the 13th day of September 2016.

Andrew C. Glass
Gregory N. Blase
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Direct: (617) 951-9059
Fax: (617) 261-3175
gregory.blase@klgates.com
andrew.glass@klgates.com

Patrick J. Perrone
Loly Tor
K&L Gates LLP
One Newark Center
10th Floor
Newark, NJ 07101
Tel: (973) 848-4000
Fax: (973) 848-4001
patrick.perrone@klgates.com
loly.tor@klgates.com

Andrew Mongelluzzi
Clearwater Business Law
30846 US HWY 19N
Palm Harbor, FL 34684
Tel. (727) 785-5100
clearwaterbusinesslaw@gmail.com


Gianluca Guy and JHL Group, LLC
3902 Henderson Blvd.
Suite 208 - #201
Tampa, FL 33629

             */s/ Scott D. Owens*
              Scott D. Owens